# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Matthew F. Kennelly | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 12 c 6405 | **DATE** | 10/16/2012 |
| **CASE TITLE** | Richmond v. Baez | | |

**DOCKET ENTRY TEXT**

Hearing held on motion to reconsider (9). Motion is granted. Case is reinstated. Plaintiff has leave to file an amended complaint. Response to amended complaint is to be filed by 11/13/2012. Initial status hearing set for 11/19/2012 at 9:00 AM., in chambers, room 2188. Clerk of Court is directed to reinstate this case.

Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | OR |
|---|---|---|